# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

Direct Number: (202) 879-3639
gcastanias@JonesDay.com

June 3, 2025

<u>VIA CM/ECF</u>

The Honorable Jarrett B. Perlow
Circuit Executive & Clerk of the Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington D.C. 20439

    Re: Rule 28(j) response letter: *Coda Development s.r.o. v. Goodyear Tire & Rubber Co.*, No. 23-1880 (argued June 2, 2025 before Lourie, Dyk, and Cunningham, JJ.)

Dear Mr. Perlow:

  Yesterday, the Court asked Coda's counsel about this annotated figure from Hrabal's 2008 *Tire Technology* article, which shows—in the words of TS 24—a peristaltic "pump" (red circle) located "in the sidewall" (dark gray), "close to, and above the rim" (light gray), "where the tire cyclically deforms":



Figure 4: A closer look at the crevice in the tire wall and its sealing during wheel assembly. The pressure between tire and rim is up to 10 times more than the tire pressure

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

The Honorable Jarrett B. Perlow
June 3, 2025
Page 2

Red Br. 8 (citing Appx23866). The Court asked counsel to support his claim that "what is in the *Tire Technology* article is the exact same disclosure in the 2007 PCT." Oral Arg. 36:07-36:12.

Coda's letter directs the Court to this exchange from Hrabal's direct testimony:

> Q. Does [the article] discuss the flap solution in your --
> discussed in this your 2007 PCT?
>
> A. That's what it was about, yes.

Appx15958 (826:15-17).

That does not support counsel's claim that the publications are "the exact same disclosure." Plus, the article itself describes this Figure 4 as showing "a peristaltic tubing" that "can be created as a crevice *in the tire sidewall*" in "*the normal tire production process*," and then describes the flap tube as an *alternative* embodiment that was "also possible." Red Br. 8-9 (quoting Appx23865; emphasis added).

Coda's other citations (Appx15491-15494 and Appx15498) address neither the *Tire Technology* article nor the Court's questions. Indeed, they highlight Judge Dyk's (and the district court's, Appx00017-00018) concerns about Coda changing the trade secret from the one defined in the interrogatory answer: Hrabal and Coda tried to add to the "closed" TS 24 by claiming that it required avoiding "being crushed against the rim." Appx15493-15494 (361:18-362:1).

Coda's letter ends by criticizing the district judge for "cit[ing] only Goodyear's brief" in her opinion. Judge Lioi cited Goodyear's brief (Appx18056-18060) as "marshaling the trial testimony revealing that TS 24 was not secret and had been repeatedly published" (Appx00019), including the same annotated figure and description from the *Tire Technology* article (Appx18058-18059), and Hrabal's testimony regarding it. Among that "marshal[ed]" evidence was Hrabal's agreement that "locating a peristaltic pump in the tire sidewall near the rim in an area where it cyclically deforms was not a trade secret," but was "public." Appx18058 (quoting Appx15757 (625:9–12)).

                Respectfully submitted,

                */s/ Gregory A. Castanias*

                Gregory A. Castanias
                Counsel for Appellees

cc: Counsel of Record via CM/ECF